No. 81–430.  ILLINOIS *v.* GATES ET UX., 462 U. S. 213. Petition for rehearing and correction of judgment denied.

No. 81–2095.  CLANCY ET AL. *v.* JARTECH, INC., ET AL., 459 U. S. 879 and 1059; and

No. 82–345.  COOPER, CITY ATTORNEY OF SANTA ANA, CALIFORNIA *v.* MITCHELL BROTHERS' SANTA ANA THEATER ET AL., 459 U. S. 944 and 1093.  Motions for leave to file second petitions for rehearing and all other relief denied.

No. 82–714.  SEATH *v.* REGULATIONS AND PERMITS ADMINISTRATION ET AL., 459 U. S. 1146.  Motion for leave to file petition for rehearing denied.

No. 82–6662.  IN RE KAGELER ET AL., 462 U. S. 1117. Petition for rehearing and all other relief denied.